IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TECO INDUSTRIES OF MARYLAND, INC. | * | |
| Plaintiffs | * | |
| v. | * | Case No: S 00 CV 849 |
| CHICAGO ROLL CO, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Teco Industries of Maryland, Inc. ("Teco"), Plaintiff, by its undersigned counsel, and Chicago Roll Co., Inc. ("Chicago Roll"), Defendant, by its undersigned counsel, hereby stipulate to dismiss this case without prejudice.

Respectfully submitted;

_____
Stanford G. Gann, Jr.
Federal Bar No.: 07680
LEVIN & GANN, P.A.
502 Washington Avenue, 8th Floor
Towson, Maryland 21204
(410) 321-0600
(410) 339-5762 (telecopier)
Attorneys for Teco

_____
Peter D. Ward
Law Offices of Peter D. Ward
300 Allegheny Avenue, Suite 105
Baltimore, Maryland 21204
(410) 494-8988
Attorney for Chicago Roll

So Ordered: James K. Bredar, USMJ
March 7, 2002